# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SARA RAMIREZ, an individual,<br><br>　　　　　Plaintiff,<br>v.<br><br>BISHOP MANOGUE CATHOLIC HIGH SCHOOL, a Nevada Domestic Non-Profit Corporation; ROMAN CATHOLIC DIOCESE OF RENO, and MATTHEW SCHAMBARI, an individual; DOES 1-10, inclusive, and ROES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 3:25-cv -00144<br><br>**ORDER TO EXTEND TIME TO FILE OPPOSITIONS TO PLAINTIFF'S MOTIONS AND REPLIES TO DEFENDANTS' OPPOSITIONS (FIRST REQUEST)** |
| BISHOP MANOGUE CATHOLIC HIGH SCHOOL, a Nevada Domestic Non-Profit Corporation, and MATTHEW SCHAMBARI, an individual,<br><br>　　　　　Counterclaimants,<br>v.<br><br>SARA RAMIREZ,<br><br>　　　　　Counterdefendant. | |

　　　　Plaintiff/Counterdefendant Sara Ramirez and Defendants/Counterclaimants Roman Catholic Diocese of Reno, Bishop Manogue Catholic High School and Matthew Schambari ("Defendants"), collectively referred to herein as the ("Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

-1-

The Parties agree to extend the deadline for Defendants to file their oppositions to Plaintiff's: (1) Motion to Dismiss and (2) Anti-SLAPP Motion from May 14, 2025 to <u>May 21, 2025</u>.

The Parties further agree to allow Plaintiff to file her Replies to Defendants' oppositions on <u>June 2, 2025</u>.

This is the Parties' first request for an extension of time of this deadline.

These extensions are made in good faith and not for dilatory purposes, but rather to accommodate the schedules of the Parties' counsel. Counsel for Defendants just returned from vacation and counsel for Plaintiff has an upcoming planned trip and arbitration upon returning.

The Parties respectfully request that the Court approve this stipulation to extend the deadline for Defendants to file their oppositions to Plaintiff's Motion to Dismiss and Anti-SLAPP Motion from May 14, 2025 to **May 21, 2025**, and for Plaintiff to file its Replies **on June 2, 2025**.

DATED this 13th day of May, 2025.                       DATED this 13th day of May, 2025.

WOODBURN AND WEDGE                                      REESE RING VELTO, PLLC

By: /s/ W. Chris Wicker                                 By: /s/ Alex Velto
W. Chris Wicker                                         Alex Velto, Esq.
Nevada Bar No. 1037                                     Nevada Bar No. 14961
6100 Neil Road, Suite 500                               REESE RING VELTO, PLLC
Reno, Nevada 89511                                      200 S. Virginia Street, Suite 655
wwicker@woodburnandwedge.com                            Reno, NV 89501
*Attorneys for Defendants*                              alex@rrvlawyers.com
                                                        *Attorneys for Plaintiff*

### ###

**IT IS SO ORDERED:**

DATED this 27th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE