**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SARA RAMIREZ, an individual<br><br>Plaintiff/Counter-defendant<br><br>vs.<br><br>BISHOP MANOGUE CATHOLIC HIGH SCHOOL, a Nevada Domestic Non-Profit Corporation; ROMAN CATHOLIC DIOCESE OF RENO, and MATTHEW SHAMBARI, an individual; DOES 1-10, inclusive, and ROES 1-10, inclusive<br><br>Defendants/<br>Counterclaimants. | Case No.: 3:25-CV-00144-ART-CLB<br><br>**ORDER GRANTING**<br><br>**Stipulation to Extend Time to File Motion for Attorney's Fees and Costs (First Request)** |

Plaintiff/Counter-Defendant Sara Ramirez ("Plaintiff"), and Defendants/Counterclaimants Bishop Manogue Catholic High School and Matthew Schambari ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

On March 3, 2026, the Court entered its Order granting Plaintiff's Special Motion to Dismiss under NRS 41.660. Under Federal Rule of Civil Procedure 54(d)(2)(B)(i), the current deadline for Plaintiff to file any motion for attorney's fees and costs arising from that Order is March 17, 2026.

The parties have since reached an agreement in principle to resolve this matter and are in the process of finalizing the terms and execution of the settlement agreement. In light of that progress, the parties seek an extension of time for Plaintiff to file any motion for attorney's fees and costs so that the parties may complete the settlement process without incurring unnecessary additional fees and costs associated with motion practice, while preserving Plaintiff's right to seek fees and costs if the settlement agreement is not finalized and executed.

Good cause exists for the requested extension because requiring Plaintiff to prepare and file a fee motion while the parties are finalizing settlement would likely result in unnecessary expense and motion practice that may ultimately be rendered moot. The requested extension will conserve party and judicial resources and may obviate the need for any fee motion altogether, while preserving Plaintiff's rights in the event the settlement is not completed.

This request is timely because it is being filed on March 13, 2026, before the current March 17, 2026, deadline expires. Accordingly, no showing of excusable neglect is required under LR IA 6-1(a).

This is the **first request** to extend the deadline for Plaintiff to file a motion for attorney's fees and costs arising from the Court's March 3, 2026, Order.

Accordingly, the parties stipulate and request that the deadline for Plaintiff to file any motion for attorney's fees and costs arising from the Court's March 3, 2026, Order be extended from **March 17, 2026, to April 12, 2026**.

DATED this 13th day of March 2026.

REESE RING VELTO, PLLC
*/s/Alex Velto*
Alex Velto, Esq.
Nevada State Bar No. 14961
Nathan R. Ring, Esq.
Nevada State Bar No. 12078
Bradley C.W. Combs, Esq.
Nevada State Bar No. 16391
200 S. Virginia Street, Suite 655
Reno, NV  89501
Telephone: (775)446-8096

alex@rrvlawyers.com
nathan@rrvlawyers.com
bradley@rrvlawyers.com
*Counsel for Plaintiff*

WOODBURN AND WEDGE
*/s/W. Chris Wicker*
W. Chris Wicker
Nevada State Bar No. 1037
Sharon M. Januzzi
Nevada State Bar No. 7858
Jose A. Tafoya
Nevada State Bar No. 16011
6100 Neil Road, Suite 5000
Post Office Box 2311
Reno, Nevada 89505
Telephone: (775) 688-3000
wwicker@woodburnandwedge.com
sjannuzzi@woodburnandwedge.com
jtafoya@woodburnandwedge.com
*Counsel for Defendants*

**ORDER**

IT IS SO ORDERED.

DATED THIS 13th day of March, 2026

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE