**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SARA RAMIREZ, an individual<br><br>Plaintiff/Counter-defendant<br><br>vs.<br><br>BISHOP MANOGUE CATHOLIC HIGH SCHOOL, a Nevada Domestic Non-Profit Corporation; ROMAN CATHOLIC DIOCESE OF RENO, and MATTHEW SHAMBARI, an individual; DOES 1-10, inclusive, and ROES 1-10, inclusive<br><br>Defendants/<br>Counterclaimants. | Case No.: 3:25-CV-00144-ART-CLB<br><br><br>**ORDER GRANTING**<br><br>**STIPULATION TO DISMISS CASE WITH PREJUDICE** |

Plaintiff/Counter-Defendant Sara Ramirez ("Plaintiff"), and Defendants/Counterclaimants Bishop Manogue Catholic High School and Matthew Schambari and Defendant Roman Catholic Diocese of Reno ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

The above-entitled matter shall be dismissed with prejudice with all parties to bear their own attorney's fees and costs.

DATED this 23rd day of March 2026.

REESE RING VELTO, PLLC

/s/Alex Velto
Alex Velto, Esq.
Nevada State Bar No. 14961
Nathan R. Ring, Esq.
Nevada State Bar No. 12078
Bradley C.W. Combs, Esq.
Nevada State Bar No. 16391
200 S. Virginia Street, Suite 655
Reno, NV  89501
Telephone: (775)446-8096
alex@rrvlawyers.com
nathan@rrvlawyers.com
bradley@rrvlawyers.com

*Counsel for Plaintiff and Counter-defendant Sara Ramirez*

DATED this 23rd day of March 2026.

WOODBURN AND WEDGE

/s/W. Chris Wicker
W. Chris Wicker
Nevada State Bar No. 1037
Sharon M. Jannuzzi
Nevada State Bar No. 7858
Jose A. Tafoya
Nevada State Bar No. 16011
6100 Neil Road, Suite 5000
Post Office Box 2311
Reno, Nevada 89505
Telephone: (775) 688-3000
wwicker@woodburnandwedge.com
sjannuzzi@woodburnandwedge.com
jtafoya@woodburnandwedge.com

*Counsel for Defendants and Counter-claimants*

IT IS SO ORDERED.

DATED THIS 24th day of March, 2026

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE